UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, a/k/a "C Murda,"<br>KENNETH ROBERSON, a/k/a "Kenny"<br>and "Kenny Mac,"<br>TACARLOS OFFERD, a/k/a "Los,"<br>CHRISTOPHER THOMAS, a/k/a<br>"C Thang," and<br>MARCUS SMART, a/k/a "Muwop" | 21 CR 618<br><br>Magistrate Judge M. David Weisman |

## APPEARANCE OF COUNSEL

Please take notice that Assistant United States Attorney Albert Berry III is assigned to this case.

                By:    */s/Albert Berry III*
                      ALBERT BERRY III
                      Assistant United States Attorney
                      219 S. Dearborn St., 5th Floor
                      Chicago, Illinois 60604
                      (312) 886-7855