

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, a/k/a "C Murda,"<br>KENNETH ROBERSON, a/k/a "Kenny"<br>and "Kenny Mac,"<br>TACARLOS OFFERD, a/k/a "Los,"<br>CHRISTOPHER THOMAS, a/k/a<br>"C Thang," and<br>MARCUS SMART, a/k/a "Muwop" | 21 CR 618<br><br>Magistrate Judge M. David Weisman |

## MOTION TO UNSEAL

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this court to unseal the indictment and arrest warrants for this case.

On September 30, 2021, a federal grand jury returned an indictment in the above captioned matter finding probable cause to charge the defendants with violations of Title 18, United States Code, Sections 1959(a)(1), 1959(a)(3), 1959(a)(5), 924(j)(1), and 924(c)(1)(A). Additionally, on September 30, 2021, the government filed a motion to seal the indictment in the above captioned matter. As of the filing of this motion, arrests of four of the defendants have been made and the government now moves to have the indictment and arrest warrants with respect to all defendants unsealed by this Court.

WHEREFORE, the government respectfully requests that its motion to unseal be granted.

                                        JOHN R. LAUSCH, JR.
                                      United States Attorney

By:   */s/ Albert Berry III*
       ALBERT BERRY III
       Assistant United States Attorney
       United States Attorney's Office
       219 South Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       312-353-5300

Dated: October 13, 2021