# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) ) ) | Case No: 21 CR 618 |
| v. | ) ) | Judge: Martha M. Pacold<br>Magistrate Judge: M. David Weisman |
| Charles Liggins,<br>Kenneth Roberson,<br>Tacarlos Offerd<br>Christopher Thomas, and<br>Marcus Smart | ) ) ) ) ) ) | |
| Defendant(s), | ) | |

## ORDER

Government's motion to unseal indictment and arrest warrants is granted.

Date: October 13, 2021

_____
M. David Weisman
United States Magistrate Judge