UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | No. 21 CR 618 |
| CHARLES LIGGINS, ET AL. ) | |
| ) | Honorable M. David Weisman |

## APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney Ann Marie Ursini is assigned to the above captioned case.

                          Respectfully submitted,

                          JOHN R. LAUSCH, JR.
                          United States Attorney

By:    */s/ Ann Marie E. Ursini*
        ANN MARIE E. URSINI
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 697-4092

DATE: October 14, 2021