UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | Case No. 21 CR 618<br><br>Hon. M. David Weisman |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

>Name: KENNETH ROBERSON
>Date of Birth: \*\*/\*\*/1993
>Sex: Male
>Race: African American
>Jail/Prisoner #: 20210221090

is incarcerated in the following institution:

Cook County Department of Corrections, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities, and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1); conspiracy to commit murder in aid of

racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A), and is now wanted in such division and district at **12:00 p.m. on October 29, 2021**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 2:00 p.m. for an arraignment before Magistrate Judge Jeffrey T. Gilbert, in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

THOMAS J. DART
Warden
Cook County Department of Corrections
2700 S. California Avenue
Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that KENNETH ROBERSON be returned forthwith to said institution from which he was brought.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    /s/ *Jason A. Julien*
        JASON A. JULIEN
        Assistant United States Attorney
        219 S. Dearborn St., Rm. 500
        Chicago, IL 60604
        (312) 886-4156