UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | Case No. 21 CR 618<br><br>Hon. M. David Weisman |

**O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: KENNETH ROBERSON
> Date of Birth: \*\*/\*\*/1993
> Sex: Male
> Race: African American
> Jail/Prisoner #: 20210221090

now is incarcerated in the following institution:

> Cook County Department of Corrections
> 2700 S. California Avenue
> Chicago, Illinois

and that said defendant has been charged in the above-captioned case with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities, and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5); assault with a deadly weapon in aid of racketeering activities, in violation

of Title 18, United States Code, Section 1959(a)(3); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A), and that said defendant should be produced at **12:00 p.m. on October 29, 2021**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 2:00 p.m. for an arraignment before Magistrate Judge Jeffrey T. Gilbert, in the courtroom usually occupied by said judge.

    IT IS THEREFORE ORDERED that the following person:

THOMAS J. DART
Warden
Cook County Department of Corrections
2700 S. California Avenue
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before Magistrate Judge Jeffrey T. Gilbert, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

*M. David Weisman*

M. DAVID WEISMAN
Magistrate Judge

DATED at Chicago, Illinois

this __14th__ day of __October__, 20__21__