UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Judge Martha M. Pacold |

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendants with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault with a deadly weapon in aid of racketeering

activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties. This information includes materials involving or identifying any confidential source(s) that may have cooperated with the government during the course of its investigation.

3. The government has discussed the proposed protective order with counsel for defendants, who agree to the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By: /s/ *Jason A. Julien*
     JASON A. JULIEN
     ALBERT BERRY III
     ANN MARIE E. URSINI
     Assistant U.S. Attorney
     219 South Dearborn St., Rm. 500
     Chicago, Illinois 60604
     (312) 886-4156

Dated: October 20, 2021