UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**GOVERNMENT'S UNOPPOSED MOTION
FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby moves for the early return of trial subpoenas in the above-captioned matter. The government states as follows in support of this motion:

1. The indictment in this case charges Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault with a deadly weapon in aid of racketeering

activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1. Four of the five defendants have been arraigned; the fifth defendant's arraignment is scheduled for October 29, 2021, at 2:00 p.m. *See* R. 13, 26, 28, 29, and 35. The parties are currently scheduled to file a joint written status report by 4:00 p.m. on November 4, 2021, which will be the parties' first status report. *See* R. 31. A motion for the entry of an agreed protective order governing discovery is currently pending. *See* R. 50.

2. By this motion, the government seeks the entry of an order authorizing both the government and any defendant to issue subpoenas pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, bearing a return date prior to the date of any defendant's trial. Moreover, the government respectfully requests that the party issuing such a subpoena: (1) be authorized to instruct the party named in the subpoena to present subpoenaed documents to the issuing party in lieu of personal appearance before the Court; and (2) be ordered to make any subpoenaed material available to the opposing party after receipt of such material, consistent with the recipient's ongoing discovery obligations under the Federal Rules of Criminal Procedure and governing case law.

3. Counsel for the government has conferred with counsel of record for the defendants, who do not object to this motion.

WHEREFORE, the government respectfully requests that the Court authorize the parties to issue trial subpoenas with a return date prior to the date of trial, subject to an obligation of mandatory reciprocal disclosure.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    */s/ Jason A. Julien*
       JASON A. JULIEN
       ALBERT BERRY III
       ANN MARIE E. URSINI
       Assistant United States Attorneys
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 886-4156

**CERTIFICATE OF SERVICE**

    I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Unopposed Motion for Early Return of Trial Subpoenas by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:     */s/ Jason A. Julien*
    JASON A. JULIEN
    ALBERT BERRY III
    ANN MARIE E. URSINI
    Assistant United States Attorneys
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 886-4156