UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this joint status report pursuant to the Court's Order dated October 14, 2021. R. 31.

**I.      Summary of the Charges**

On September 30, 2021, defendants Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart were charged in a seven-count indictment with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault

with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1.

II.     **Procedural History and Progress of Discovery**

Defendants Liggins, Offerd, Thomas, and Smart were arrested on October 13, 2021. *See, e.g.*, R. 12. Liggins, Offerd, Thomas, and Smart were arraigned on the same day, and have since been remanded into federal custody. R. 13, 26, 28, 29, 47, and 57. Roberson, who was previously in the custody of the Cook County Department of Corrections, was arraigned on October 29, 2021, and has since been remanded into federal custody. *See* R. 35, 66. New counsel entered an appearance for defendant Smart on November 1, 2021. *See* R. 68.

The government made an initial discovery production on October 28, 2021. The discovery production spans across approximately 48 media discs and one thumb drive, consisting of: FBI investigative reports; reports from the Chicago Police Department; the defendants' criminal histories and other relevant criminal histories; surveillance footage; Chicago Police Department body-worn camera footage; search warrant returns; and the defendants' statements. The government also has additional discovery materials to produce and is working to get those discovery items to defendants' counsel. However, due to the volume of the discovery materials, the government will continue to produce some discovery items on a rolling basis.

The defendants will need a significant amount of time to review the discovery materials that the government has tendered and will continue to tender. Further, the undersigned has not yet received a decision from the Capital Case Section on whether

or not to seek the death penalty if any defendant is convicted on Count 1 or Count 2 of the indictment. On October 26, 2021, the Court entered an Order staying pretrial motion filing deadlines until the government has made a decision as to whether or not to seek the death penalty. *See* R. 62.

Because defendants are still reviewing the discovery and will need a significant amount of time to do so, the parties request that the Court set a status date in approximately 90 days to allow defendants to continue to review the discovery and confer about the case with their counsel.

**III.     Defendants Agree to Exclude Time**

The defendants agree to exclude time under the Speedy Trial Act through the next court date in the interests of justice to continue reviewing discovery.

The government conferred with counsel of record for the defendants in drafting this joint status report, and counsel for defendants agree to the submission of this joint status report.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

## **CERTIFICATE OF SERVICE**

I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156