IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21 CR 618-4 |
| v. | ) | |
| | ) | Honorable Martha M. Pacold |
| MARCUS SMART | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

PATRICK W. BLEGEN hereby requests leave from this Honorable Court to withdraw as one of the counsel of record for MARCUS SMART in the above-captioned case. In support of this request, and pursuant to Local Rule 83.17, movant states as follows:

1. After having been contacted by the office of the Federal Defender, Movant appeared for Mr. Smart at his initial appearance before Magistrate Judge Weisman on October 13, 2021.

2. At the initial appearance, Movant indicated to the court that Mr. Smart had expressed that his family might retain counsel on his behalf, and Movant did not therefore submit a financial affidavit for Mr. Smart.

3. On November 1, 2021, Attorney Marc M. Barnett filed his appearance as retained counsel.

4. Defendant's family subsequently indicated that they had retained Mr. Barnett and requested that Movant withdraw.[1]

---

[1] Movant would note that because this case is eligible for capital punishment, Defendant Smart may be entitled to the appointment of a second attorney in addition to Mr. Barnett pursuant to 18 U.S.C. 3005. Because of the press of other matters, Movant is no longer available for such appointment, but suggests that the Court address this issue with Mr. Smart and his counsel.

WHEREFORE, Patrick Blegen respectfully requests leave of this Court to withdraw his appearance as counsel for Defendant Marcus Smart in the above-captioned matter.

Respectfully submitted,

**s/ Patrick W. Blegen**

Blegen & Garvey
53 West Jackson Boulevard
Suite 1424
Chicago, Illinois 60604
(312) 957-0100