UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618-5<br><br>Honorable Martha M. Pacold |

**THE GOVERNMENT'S NOTICE OF DECISION
<u>NOT TO SEEK CAPITAL PUNISHMENT</u>**

The UNITED STATES OF AMERICA, through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, pursuant to Title 18, United States Code, Section 3593, hereby provides notice to defendant MARCUS SMART that, if the defendant is convicted at trial, the government will not seek a sentence of death.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-4156

## CERTIFICATE OF SERVICE

I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Government's Notice of Decision Not to Seek Capital Punishment by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:    */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156