UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CHARLES LIGGINS, et al.

No. 21 CR 618

Honorable Martha M. Pacold

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR.,

United States Attorney for the Northern District of Illinois, respectfully submits this

joint status report pursuant to the Court's Order dated November 8, 2021. R. 71.

I.      **Summary of the Charges**

On September 30, 2021, defendants Charles Liggins, Kenneth Roberson,

Tacarlos Offerd, Christopher Thomas, and Marcus Smart were charged in a seven-

count indictment with murder in aid of racketeering activities, in violation of Title

18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing,

and discharging a firearm during and in relation to a crime of violence, namely,

murder in aid of racketeering activities; and causing the death of a person through

the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1)

(Count 2); conspiracy to commit murder in aid of racketeering activities, in violation

of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly

weapon in aid of racketeering activities, in violation of Title 18, United States Code,

Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and

discharging a firearm during and in relation to a crime of violence, namely, assault

with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1.

## II.     Progress of Discovery

The government made an initial discovery production to the defendants on October 28, 2021. As set forth in the joint status report filed on November 4, 2021, the discovery production was large. Counsel for the defendants are still reviewing the discovery. The government is also preparing an additional large discovery production to be made in the coming weeks.

Because defendants are still reviewing the discovery and the government is preparing a second discovery production, the parties request that the Court set a status date in approximately 60 days to allow defendants to continue to review the discovery and confer about the case with their counsel.

## III.     Pretrial Motions

On October 25, 2021, the parties jointly moved to stay pretrial motion filing deadlines until after the Capital Case Section within the Criminal Division of the Department of Justice had made a decision as to the appropriateness of seeking capital punishment as to any defendant in this case, should they be convicted on Count 1 or Count 2 of the indictment. *See* R. 61. On January 31, 2022, the undersigned filed notices as to each defendant that the government will not seek the death penalty if any defendant is convicted on Count 1 or Count 2 of the indictment at trial. *See* R. 80-84.

Notwithstanding, given that the defendants are still reviewing a large discovery production, with a second production to come, the parties request that the Court not set pretrial motion filing deadlines until after the next status date.

## IV.     Defendants Agree to Exclude Time

The defendants agree to exclude time under the Speedy Trial Act through the next court date in the interests of justice to continue reviewing discovery.

The government conferred with counsel of record for the defendants in drafting this joint status report, and counsel for defendants agree to the submission of this joint status report.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney


By:     */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

## <u>CERTIFICATE OF SERVICE</u>

I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: *  /s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

4