UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

### JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this joint status report pursuant to the Court's Order dated February 4, 2022. R. 86.

**I.  Summary of the Charges**

On September 30, 2021, defendants Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart were charged in a seven-count indictment with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault

with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1.

## II. Progress of Discovery

The government made an initial discovery production to the defendants on October 28, 2021. As set forth in the joint status report filed on November 4, 2021, that discovery production was large. The government made an additional discovery production to the defendants on March 7, 2022, followed by an additional voluminous discovery production on April 4, 2022. Defendants and their counsel require time to review the discovery production tendered by the government on April 4, 2022.

Due to the nature of the charges and the ongoing nature of the investigation, the government may supplement its Rule 16 discovery productions between now and the resolution of this matter.

Because defendants are still reviewing the government's discovery productions, the parties request that the Court set a status date in approximately 60 days to allow defendants to continue to review the discovery and confer about the case with their counsel.

## III. Pretrial Motions

On October 25, 2021, the parties jointly moved to stay pretrial motion filing deadlines until after the Capital Case Section within the Criminal Division of the Department of Justice had made a decision as to the appropriateness of seeking capital punishment as to any defendant in this case, should they be convicted on Count 1 or Count 2 of the indictment. *See* R. 61. On January 31, 2022, the

undersigned filed notices as to each defendant that the government will not seek the death penalty if any defendant is convicted on Count 1 or Count 2 of the indictment at trial. *See* R. 80-84.

Notwithstanding, given that the defendants are still reviewing a large discovery production, the parties request that the Court not set pretrial motion filing deadlines until after the next status date.

**IV.     Defendants Agree to Exclude Time**

The defendants agree to exclude time under the Speedy Trial Act through the next court date in the interests of justice due to the complex nature of the prosecution, and to allow the defendants reasonable time necessary for effective preparation of their defense to the charges.

The government conferred with counsel of record for the defendants in drafting this joint status report, and counsel for defendants agree to the submission of this joint status report.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

3

## **CERTIFICATE OF SERVICE**

    I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                Respectfully submitted,

                                JOHN R. LAUSCH, JR.
                                United States Attorney

By:    */s/ Jason A. Julien*
           JASON A. JULIEN
           ALBERT BERRY III
           ANN MARIE E. URSINI
           Assistant United States Attorneys
           219 S. Dearborn Street, Rm. 500
           Chicago, Illinois 60604
           (312) 886-4156