# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00618
Honorable Martha M. Pacold

Charles Liggins, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2022:

MINUTE entry before the Honorable Martha M. Pacold: as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart: The court has reviewed the parties' joint status report [94]. The government shall confer with defendants' counsel and file an updated status report before 4:00 p.m. on 6/3/2022 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file pretrial motions and objects to the exclusion of time under the Speedy Trial Act. The court excludes time through 6/7/2022 under 18 U.S.C. §; 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, including time to review discovery materials. Such delay outweighs the interests of the public and the defendants in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.