UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this joint status report pursuant to the Court's Order dated April 6, 2022. R. 95.

### I. Summary of the Charges

On September 30, 2021, defendants Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart were charged in a seven-count indictment with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault

with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1.

## II.     Progress of Discovery

The government made an initial discovery production to the defendants on October 28, 2021, followed by additional discovery productions to the defendants on March 7, 2022, and April 4, 2022. Defendants and their counsel are still reviewing the discovery productions, two of which were large productions.

Due to the nature of the charges and the ongoing nature of the investigation, the government may supplement its Rule 16 discovery productions between now and the resolution of this matter.

## III.    Request for Status Conference

The government requests that the Court schedule a status conference, at which the government plans to seek a trial date during or after October 2023.

The government has discussed this request with defense counsel. It is the government's expectation that one or more defendants will proceed to trial. While the defendants are still reviewing discovery and have not committed to proceeding to trial, it would benefit all of the parties to block out the time necessary to conduct the trial well in advance, given the Court's schedule and counsels' other professional obligations. The government expects the trial will take approximately four to six weeks. After consulting with counsel for the defendants, it is the government's understanding that the earliest the parties would be prepared to proceed to trial would be October 2023.

**IV.**     **Pretrial Motions**

On October 25, 2021, the parties jointly moved to stay pretrial motion filing deadlines until after the Capital Case Section within the Criminal Division of the Department of Justice had made a decision as to the appropriateness of seeking capital punishment as to any defendant in this case, should they be convicted on Count 1 or Count 2 of the indictment. *See* R. 61. On January 31, 2022, the undersigned filed notices as to each defendant that the government will not seek the death penalty if any defendant is convicted on Count 1 or Count 2 of the indictment at trial. *See* R. 80-84.

Notwithstanding, given that the defendants are still reviewing two large discovery productions, the parties request that the Court not set pretrial motion filing deadlines until after the next status date, possibly at the status conference that the government is requesting.

**V.**     **Defendants Agree to Exclude Time**

The defendants agree to exclude time under the Speedy Trial Act through the next court date in the interests of justice due to the complex nature of the prosecution, and to allow the defendants reasonable time necessary for effective preparation of their defense to the charges.

The government conferred with counsel of record for the defendants in drafting this joint status report, and counsel for defendants agree to the submission of this joint status report.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    */s/ Jason A. Julien*
        JASON A. JULIEN
        ALBERT BERRY III
        ANN MARIE E. URSINI
        Assistant United States Attorneys
        219 S. Dearborn Street, Rm. 500
        Chicago, Illinois 60604
        (312) 886-4156

## **CERTIFICATE OF SERVICE**

      I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

                                    Respectfully submitted,

                                    JOHN R. LAUSCH, JR.
                                    United States Attorney

By:    */s/ Jason A. Julien*
          JASON A. JULIEN
          ALBERT BERRY III
          ANN MARIE E. URSINI
          Assistant United States Attorneys
          219 S. Dearborn Street, Rm. 500
          Chicago, Illinois 60604
          (312) 886-4156