# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                      Case No.: 1:21–cr–00618

                                                                    Honorable Martha M. Pacold

Charles Liggins, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart: Telephonic status hearing held on 6/29/2022. As further discussed on the record: Counsel for Defendants Liggins, Roberson, Offerd, and Thomas waived their respective clients' presence for today's hearing. Defendant Smart was present for the hearing and consented to proceeding by telephone. At the conclusion of the hearing, Defendants Liggins, Offerd, and Thomas were individually brought on the line, and were provided a summary of today's proceedings. Defendant Roberson did not appear, but his presence was waived as noted above. Jury trial tentatively set for a day beginning the week of 10/2/2023 at 9:30 a.m., subject to any courtwide covid–related scheduling procedures that may be in place at the time. Status report deadline previously set before 4:00 p.m. on 8/2/2022, stands. [98]. In addition to the topics previously listed (an update on the status of the case, including any request for a further status hearing, change of plea hearing, or trial; a summary of the defense position on the status of the case, including whether the defense objects to the exclusion of time under the Speedy Trial Act), the status report should include a proposed pretrial schedule, including (to the extent feasible at this stage) deadlines for pretrial motions, other pretrial materials (consolidated motions in limine, proposed statement of the case, jury selection questions, proposed jury instructions, a list of agreed and contested trial witnesses, and a list of agreed and contested trial exhibits), responses to motions in limine, possible dates for a pretrial conference or conferences, and any other deadlines the parties propose. If the parties need additional time beyond 8/2/2022 to consider or confer on any aspects of the proposed pretrial schedule and thus are not yet in a position by the 8/2/2022 status report to present specific proposals as to those aspects of the schedule, they may note that in the status report. The court excludes time through 10/2/2023 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, including time to review discovery materials and prepare pretrial motions, given the complexity of the case. Such delay outweighs the interests of the public and the defendants in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.