1:21-cr-00618
Judge Martha M. Pacold
Magistrate Judge Jeffrey T. Gilbert

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 5 2023

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | Honorable Martha M. Pacold |
| CHARLES LIGGINS, a/k/a "C Murda," KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac," TACARLOS OFFERD, a/k/a "Los," CHRISTOPHER THOMAS, a/k/a "C Thang," MARCUS SMART, a/k/a "Muwop," and RALPH TURPIN, a/k/a "Tall" and "Teezy" | No. 21 CR 618 Violations: Title 18, United States Code, Sections 1959(a)(1), 1959(a)(3), 1959(a)(5), 924(c)(1)(A), 924(j)(1), and 2  **Superseding Indictment** |

FILED
APR 05 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

At times material to this Superseding Indictment:

1. The defendants, and others known and unknown, were members and associates of the O-Block street gang, a criminal organization whose members and associates engaged in acts of violence, including but not limited to acts involving murder and assault, and which operated on the South Side of Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere.

2. The O-Block street gang, including its leadership, membership, and associates, constituted an "enterprise," as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact, which engaged in, and the activities of which affected, interstate and foreign commerce.

3. The O-Block enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

4. The purposes of the enterprise included, but were not limited to, the following:

    a. Acquiring, preserving, and protecting power, territory, operations, and proceeds for the enterprise through the use of threats, intimidation, and violence, including, but not limited to, murder and other acts of violence, and the illegal trafficking in controlled substances;

    b. Promoting and enhancing the enterprise and its members' and associates' activities, including by publicly claiming responsibility for acts of violence committed by the enterprise and taunting rival gang members;

    c. Increasing the status of the enterprise through the use of social media platforms and music; and

    d. Taking steps designed to prevent law enforcement's detection of the enterprise's criminal activities.

5. At times relevant to this Superseding Indictment, O-Block, through its leadership, membership, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely:

    a. Acts involving murder, in violation of the laws of the State of Illinois; and

b. Offenses involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846.

6. On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> CHARLES LIGGINS, a/k/a "C Murda,"
> KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
> TACARLOS OFFERD, a/k/a "Los,"
> CHRISTOPHER THOMAS, a/k/a "C Thang,"
> MARCUS SMART, a/k/a "Muwop," and
> RALPH TURPIN, a/k/a "Tall" and "Teezy,"

defendants herein, for the purpose of maintaining and increasing position in O-Block, an enterprise engaged in racketeering activity, did knowingly commit the murder of Carlton Weekly, a/k/a "FBG Duck," in violation of the laws of the State of Illinois (Chapter 720, Illinois Compiled Statutes, Sections 5/9-1(a), 5/5-1, and 5/5-2);

In violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

CHARLES LIGGINS, a/k/a "C Murda,"<br>
KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"<br>
TACARLOS OFFERD, a/k/a "Los,"<br>
CHRISTOPHER THOMAS, a/k/a "C Thang," and<br>
MARCUS SMART, a/k/a "Muwop,"

defendants herein, knowingly used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence for which defendants may be prosecuted in a court of the United States, namely the murder of Carlton Weekly, a/k/a "FBG Duck," in violation of Title 18, United States Code, Section 1959(a)(1), as charged in Count One of this Superseding Indictment; and in the course of committing such offense, in violation of Title 18, United States Code, Section 924(c), CHARLES LIGGINS, a/k/a "C Murda," KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac," TACARLOS OFFERD, a/k/a "Los," CHRISTOPHER THOMAS, a/k/a "C Thang," and MARCUS SMART, a/k/a "Muwop," defendants herein, did cause the death of Carlton Weekly through the use of such firearm, which killing was murder as defined in Title 18, United States Code, Section 1111(a);

In violation of Title 18, United States Code, Sections 924(j)(1) and 2.

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Paragraphs 1 through 5 of Count One are realleged here.

2. On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> CHARLES LIGGINS, a/k/a "C Murda,"
> KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
> TACARLOS OFFERD, a/k/a "Los,"
> CHRISTOPHER THOMAS, a/k/a "C Thang,"
> MARCUS SMART, a/k/a "Muwop," and
> RALPH TURPIN, a/k/a "Tall" and "Teezy,"

defendants herein, for the purpose of maintaining and increasing position in O-Block, an enterprise engaged in racketeering activity, did knowingly conspire to murder Carlton Weekly, a/k/a "FBG Duck," in violation of the laws of the State of Illinois (Chapter 720, Illinois Compiled Statutes, Sections 5/8-2(a) and (c)(3) and 5/9-1(a);

In violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

## COUNT FOUR

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Paragraphs 1 through 5 of Count One are realleged here.

2. On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> CHARLES LIGGINS, a/k/a "C Murda,"
> KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
> TACARLOS OFFERD, a/k/a "Los,"
> CHRISTOPHER THOMAS, a/k/a "C Thang," and
> MARCUS SMART, a/k/a "Muwop,"

defendants herein, for the purpose of maintaining and increasing position in O-Block, an enterprise engaged in racketeering activity, did knowingly commit assault with a dangerous weapon upon an individual, namely Victim 1, in violation of the laws of the State of Illinois (Chapter 720, Illinois Compiled Statutes, Sections 5/12-2(c), 5/12-3.05(e)(1), 5/5-1, and 5/5-2);

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

## COUNT FIVE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

>CHARLES LIGGINS, a/k/a "C Murda,"
>KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
>TACARLOS OFFERD, a/k/a "Los,"
>CHRISTOPHER THOMAS, a/k/a "C Thang," and
>MARCUS SMART, a/k/a "Muwop,"

defendants herein, knowingly used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence for which defendants may be prosecuted in a court of the United States, namely an assault with a dangerous weapon upon an individual, in violation of Title 18, United States Code, Section 1959(a)(3), as charged in Count Four of this Superseding Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

7

## COUNT SIX

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Paragraphs 1 through 5 of Count One are realleged here.

2. On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> CHARLES LIGGINS, a/k/a "C Murda,"
> KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
> TACARLOS OFFERD, a/k/a "Los,"
> CHRISTOPHER THOMAS, a/k/a "C Thang," and
> MARCUS SMART, a/k/a "Muwop,"

defendants herein, for the purpose of maintaining and increasing position in O-Block, an enterprise engaged in racketeering activity, did knowingly commit assault with a dangerous weapon upon an individual, namely Victim 2, in violation of the laws of the State of Illinois (Chapter 720, Illinois Compiled Statutes, Sections 5/12-2(c), 5/12-3.05(e)(1), 5/5-1, and 5/5-2);

In violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

## COUNT SEVEN

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about August 4, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

> CHARLES LIGGINS, a/k/a "C Murda,"
> KENNETH ROBERSON, a/k/a "Kenny" and "Kenny Mac,"
> TACARLOS OFFERD, a/k/a "Los,"
> CHRISTOPHER THOMAS, a/k/a "C Thang," and
> MARCUS SMART, a/k/a "Muwop,"

defendants herein, knowingly used, carried, brandished, and discharged a firearm, during and in relation to a crime of violence for which defendants may be prosecuted in a court of the United States, namely an assault with a dangerous weapon upon an individual, in violation of Title 18, United States Code, Section 1959(a)(3), as charged in Count Six of this Superseding Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY