Cat 2

1:21-cr-00618
Judge Martha M. Pacold
Magistrate Judge Jeffrey T. Gilbert

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): ***United States v. Charles Liggins, et al.*, 21 CR 618**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Homicide (II)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C. §§ 1959(a)(1), 1959(a)(3), 1959 (a)(5), 924(c)(1)(A), 924(j)(1), and 2**

/s/ Jason A. Julien
JASON A. JULIEN
Assistant United States Attorney

**FILED**
APR 05 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT