UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 618-5 |
| | ) | |
| MARCUS SMART, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Now comes the defendant, MARCUS SMART, by and through his attorney, MARC M. BARNETT, and respectfully moves this Honorable Court, pursuant to Local Rule 26.2(c), to file an unopposed emergency motion to seal Docket Entry Number 219 under seal. In support, the following is offered:

1. On August 25, 2023, Defendant Marcs Smart filed a motion *in limine* that was inadvertently filed without being sealed on the docket. The docket entry for this filing is number 219. The filing contains references to grand jury material.

2. AUSA Jason Julien has been contacted and has no objection to this request to seal docket number 219.

WHEREFORE, the defendant prays that this Honorable Court will enter an order granting him leave to file the Unopposed Emergency Motion to Seal Docket Number 219 under seal.

Dated: August 26, 2023

Respectfully submitted,

/s/ Marc M. Barnett
MARC M. BARNETT
53 W. Jackson Boulevard, Suite 1442

1

Chicago, Illinois 60604
(312) 719-0376
Attorney for Marcus Smart

2