UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21 CR 618-5 |
| | ) | |
| MARCUS SMART, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

## UNOPPOSED EMERGENCY MOTION TO SEAL DOCKET ENTRY NO. 219

Now comes the defendant, MARCUS SMART, by and through his attorneys, MARC M. BARNETT, and with no objection from the Government, respectfully requests that Docket Entry Number 219 be sealed. In support of this motion, the following is offered:

1. On August 25, 2023, Defendant Marcs Smart filed a motion *in limine* that was inadvertently filed without being sealed on the docket. The docket entry for this filing is number 219. The filing contains references to grand jury material.

2. AUSA Jason Julien has been contacted and has no objection to this request to seal docket number 219.

WHEREFORE, the defendant respectfully requests that this Honorable Court enter an Order extending directing that docket entry number 219 be sealed.

Dated:   August 26, 2023                                Respectfully submitted,

                                                        /s/ Marc M. Barnett
                                                        MARC M. BARNETT
                                                        53 W. Jackson Boulevard, Suite 1442
                                                        Chicago, Illinois 60604
                                                        (312) 719-0376
                                                        Attorney for Marcus Smart

1